UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Samsung 22 Ultra, IMEI:354425641197265, Cell Phone, CURRENTLY LOCATED AT Kentucky State Police Electronic Crimes Branch located at 1266 Louisville Road, Frankfort, 40601 | Case No. 5:23-MJ-5275-MAS |

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, James F. Bugg, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the examination of property—an electronic device—which is currently in law enforcement possession, and the extraction from that property of electronically stored information described in Attachment B.

2. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) for four years and am currently assigned to the RAC Northern Kentucky office. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have received training in child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I am responsible for investigations involving

the production, importation, receipt and distribution of child pornography that occur in the Eastern District of Kentucky. I have participated – in all aspects – in investigations involving these offenses. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2422(b) and 2423(b), and I am authorized by law to request a search warrant.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## IDENTIFICATION OF THE DEVICE TO BE EXAMINED

4. The property to be searched is a one silver, Samsung cellular telephone, IMEI 354425641197265, (more fully described in Attachment A), hereinafter the "Device." The device is currently in the custody of the Kentucky State Police at Kentucky State Police Electronic Crimes Branch located at 1266 Louisville Road, Frankfort, 40601.

5. The applied-for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data particularly described in Attachment B.

## PROBABLE CAUSE

6. The investigation of **Michael Ray LANDSNESS** began when Homeland Security Investigations (HSI), RAC Northern Kentucky opened an investigation into an individual using the Kik Messenger username of "Sieth1988" for the alleged solicitation and travel across state lines to procure sex with a minor utilizing various internet platforms.

7. On Tuesday May 3, 2022, an HSI undercover agent (UC) responded to an ad placed on the website Doublelist.com by a subject with the Kik Messenger username of

Sieth1988. The ad stated Sieth1988 was looking for petite women to meet him on Highway 64 at a rest stop for oral sex. The Doublelist.com ad included a photograph of the man that was offering to meet with the women for sex (later identified to be **MICHAEL RAY LANDSNESS**).

8. The UC advised Sieth1988 that she was 14 years old. Sieth1988 advised the UC that he was interested in any age female if he could give them oral pleasure. Sieth1988 continued to engage the UC and attempted to get the 14-year-old girl to meet him at the rest stop for oral sex. Sieth1988 and an UC with HSI engaged in conversation in regards procuring sex with a minor via Kik, later moving the conversation to text messaging.

9. The number used by Sieth1988 for text message communications was 636-266-6857, a number that was found to resolve to TextNow. TextNow is calling and messaging application that provides users with a phone number that can be used on any smartphone, tablet, or computer with an internet connection.

10. On May 16, 2022, HSI Northern Kentucky sent a summons request to Kik for subscriber information to assist in identifying Kik user Sieth1988. Kik is a free messaging app that only requires an email address to create an account. On May 20, 2022, Kik responded to the summons with a letter of authenticity and information regarding the subscriber information for username Sieth1988. Sieth1988 registered his account using email michaellandsness@gmail.com.

11. Following the return of the summons from Kik, HSI Northern Kentucky was able to identify **Michael Ray LANDSNESS** as the owner of the Kik account utilized while attempting to procure sex with the UC. The photograph posted with the Doublelist.com ad was identified as **Michael Ray LANDSNESS** through comparison with a Facebook account for

**LANDSNESS** and by comparing the image to his Missouri issued driver's license. Utilizing law enforcement databases, HSI Northern Kentucky learned that **Michael Ray LANDSNESS** has a date of birth of October 24, 1988, lives at 1507 Napoleon Drive, Bonne Terre, Missouri 63628 and was, at the time, employed as a truckdriver for Gully Transportation.

12. On or about June 28, 2022, HSI Northern Kentucky and the Kentucky State Police arranged a date and time to meet **Michael Ray LANDSNESS** at the rest area on I-64 WB in Woodford County, KY for the purpose of meeting the purported minor UC for sexual activity. **Michael Ray LANDSNESS** failed to show up at the arranged meet and then stopped all communications with the UC.

13. On July 17, 2023, HSI Northern Kentucky again located an ad on Doublelist.com believed to be placed by **Michael Ray LANDSNESS**. The ad showed a picture of **LANDNESS** and listed the Kik and Snapchat username "sieth_1988" as ways that he could be contacted. The ad "Any young women looking?" can be summarized as **Michael Ray LANDSNESS** looking for young women to have sex with him in his truck during his travels as a truck driver.

14. On July 17, 2023, an HSI Northern Kentucky UC reached out to **Michael Ray LANDSNESS** on Kik in response to the ad and began conversing with him. **LANDSNESS** immediately asked the purported minor's age and the UC responded that "she" would turn sixteen (16) next month. **LANDSNESS** stated that he was thirty-three (33) years old and then asked the purported minor what she was looking for and asked what she wanted to try. The UC convinced **Michael Ray LANDSNESS** to switch to text message and they began conversing there.

15. From July 17, 2023, until the arrest of **Michael Ray LANDSNESS** on the early morning of July 28, 2023, the UC maintained regular conversation with **Michael Ray**

**LANDSNESS**. During the conversations with the UC, **LANDSNESS** sent several images of himself that clearly showed his face and facial features, which were compared and matched to **LANDSNESS's** photograph on his Missouri driver's license. The following is an excerpt of the sexually explicit conversation between **Michael Ray LANDSNESS** and the UC:

LANDSNESS: How would you come to my truck? And how long would you like to stay with me you want to stay for a while or spend the night trying stuff?

UC: IDK. Maybe you can teach me lol. Can you pick me up? I guess i can have a friend bring me? Lol IDK

LANDSNESS: I'm a truck driver I would not be able to pick you up if you wanted to try anything you would have to find a way to me the only question is do you or you friend drive and would your friend tell on you for bringing you to a semi truck?

UC: Where would I meet you? I can have a friend take me. IDK. Im a little nervous. Ive never done anything. (smiling face emoji)

LANDSNESS: I would have to have you meet me at the rest stop on 64 westbound midway ky I normally am parked for the night at 11pm until 9am And there no reason to be nervous with me at all I can promise you we would not do anything you not comfortable doing you would be in control of anything we do

LANDSNESS: My only question about this would be would you be ok if you decided to try sex if I don't use any condoms? I can't stand the feeling of condoms and it feels so much better without condoms on

5

UC: IDK. Lol

LANDSNESS: In the end it is your call I just prefer the feeling of skin to skin sex it feels way better and way more intimate during sex .....especially if it your first time it would give you the most pleasure and intimacy

LANDSNESS: My only thing is I really don't want to use condoms I can pull out if you want me to but I'm 100% sure with as much pleasure as you will be having you won't want me to And yes I can text all day tomorrow

UC: I guess thats ok. Talk to you tomorrow (kissing face emoji)

LANDSNESS: Np so you able to send me sexy pics of you this morning beautiful? I can't wait for you to feel my dick sliding deep inside you beautiful you going to love the feeling

UC: Maybe IDK. What if you dont like my picture! Lol

LANDSNESS: Are you wanting to try sex once or you wanting to do it more regularly? And how passionate do you like to get with kissing and anything

LANDSNESS: Aww please I really want to see you beautiful I don't even mind if it a pic with clothes on just showing your body and beautiful smile I would definitely love to see you with little to nothing on but I'm fine with clothes on for now please beautiful

LANDSNESS: Can I please see your beautiful smile? I really want to see the beautiful face in going to be kissing while making love to

LANDSNESS: So are you just wanting to practice sex and enjoy it or are you wanting to make

love getting passionate kissing and caressing leading up to sex?

UC: IDK. Im nervous about meeting you.

LANDSNESS: So what are you nervous about and are you absolutely sure you want to lose your virginity? I just don't want to do anything you not ready for or want

UC: I def do! Im nervous you arent real. Like I get my friend to drive me out and your not there.

LANDSNESS: I can promise you I am real and are you absolutely sure if we have sex that you are ok with not using condoms? I will tell you b4 I cum and ill let you decide if you want to pull out or if you want me to stay inside you so you get the most amazing pleasure

UC: Im sure. (kissing face emoji)

LANDSNESS: Do you think you going to want the full experience for your first time cum and all our just sex and pull out?

UC: IDK. I can decide when I get there. I think I want the full real thing lol (smiling face emoji)

LANDSNESS: So you think you want to keep enjoying love making without me pulling out? Just feeling my cum flooding you with pleasure There nothing more intimate than that

    16.    On July 27, 2023, HSI Northern Kentucky received wage data for **Michael Ray LANDSNESS** based on information that was provided to the Kansas Department of Labor. The wage data indicated that he is an employee of JST LLC, 725 Industrial Rd, Halls TN 38040. Through HSI indices, it was determined that the company was involved in the trucking industry and several pictures of their semi-trucks were available via their Facebook page.

17. On July 27, 2023, HSI Northern Kentucky, HSI Louisville, HSI Lexington, Frankfort Police Department and the Kentucky State Police conducted an enforcement operation at the rest area on I-64 WB in Woodford County, KY. The enforcement operation was in response to a plan made between **LANDSNESS** and the UC to meet for the purpose of engaging in sexual activity. The UC was in continuous communication with **Michael Ray LANDSNESS** during the operation, as he attempted to guide the purported minor to his semi-truck. Following these directions, law enforcement encountered **LANDSNESS** in the sleeper compartment of his JST LLC semi-truck. **Michael Ray LANDSNESS** was wearing the same orange shirt that he was wearing in a picture that he had sent to the UC earlier in the day. He was taken into custody without incident and immediately became emotional.

18. At the time of encounter, a Samsung 22 Ultra, IMEI:354425641197265, cell phone was found in, and seized, from **LANDSNESS's** pocket. The UC was in constant communication with **LANDSNESS** up until the time of his arrest and the Samsung cell phone was the only device located during the operation.

19. **Michael Ray LANDSNESS** was transported to the Frankfort Police Department for interview, where he waived his rights and agreed to speak with HSI and KSP. **Michael Ray LANDSNESS** admitted that he drove from his home in Missouri through Indiana and into Kentucky. He became very emotional during the interview and said that he "fucked up" and that his life was over. He admitted that he had been communicating with someone under the age of eighteen (18) but then requested an attorney and all questioning ceased.

20. **Michael Ray LANDSNESS** was taken into custody on state charges by KSP for Proc or Prom Use of Minor <12 and Promoting a Minor U/16 in Sex Performance (Attempt). He was transported to the Franklin County Regional Jail in Frankfort, Kentucky and remains

detained there at this time. Your affiant is aware that it would be a violation of Kentucky law for an individual of **LANDSNESS's** age to engage in sexual acts with a person under the age of 16.

21. Your affiant knows that Samsung Cellular telephones are not manufactured in the Commonwealth of Kentucky. He also knows that the term "means or facility of interstate commerce" includes the internet or telephones.

22. On July 28, 2023, HSI Northern Kentucky received correspondence from JST.LLC regarding the trip history for Michael Ray **LANDSNESS** over the past two (2) months. According to the trip history, **Michael Ray LANDSNESS** began July 27, 2023, at 13360 MO 8, Potosi, MO, 63660, crossing into Kentucky via the Lewis and Clark Bridge in Louisville, KY and ending his day at I 64, 6.1 mi ESE Frankfort, Woodford County, KY.

23. On July 28, 2023, HSI Northern Kentucky returned the keys to the semi-truck that **Michael Ray LANDSNESS** was driving to employees of JST.LLC that were dispatched to the rest stop at I-64 WB, Midway, KY, 40347. The employees took inventory of the remaining items left by **LANDSNESS** and notified HSI Northern Kentucky that there were no other electronic communication devices in the semi-truck.

24. The Device is currently in storage at the Kentucky State Police Electronic Crimes Branch located at 1266 Louisville Road, Frankfort, 40601. In my training and experience, I know that the Device has been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when the Device first came into the possession of the Kentucky State Police.

**TECHNICAL TERMS**

25. Based on my training and experience, I use the following technical terms to convey the following meanings:

   a. Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

   b. Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.

    Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

c. GPS: A GPS navigation device uses the Global Positioning System to display its current location. It often contains records the locations where it has been. Some GPS navigation devices can give a user driving or walking directions to another location. These devices can contain records of the addresses or locations involved in such navigation. The Global Positioning System (generally abbreviated "GPS") consists of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

d. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the

Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

26. Based on my training, experience, and research, I know that the Device has capabilities that allow it to serve as a wireless telephone, digital camera, GPS navigation device, and more. In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

27. Based on my knowledge, training, and experience, I know that electronic devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

28. *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Device was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Device because:

   a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).

b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

f. I know that when an individual uses an electronic device to attempt to obtain access to a victim over the Internet, the individual's electronic device will generally serve both as an instrumentality for committing the crime, and also

as a storage medium for evidence of the crime. The electronic device is an instrumentality of the crime because it is used as a means of committing the criminal offense. The electronic device is also likely to be a storage medium for evidence of crime. From my training and experience, I believe that an electronic device used to commit a crime of this type may contain: data that is evidence of how the electronic device was used; data that was sent or received; and other records that indicate the nature of the offense.

29. *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant. The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.

30. *Manner of execution.* Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

## **CONCLUSION**

31. I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the Device described in Attachment A to seek the items described in Attachment B.

Sworn to under the pains and penalties of perjury,

/s/ James F. Bugg

Special Agent James F. Bugg
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this __4th__ day of August 2023.

**Matthew A. Stinnett, U.S. Magistrate Judge**